UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEGIERAY COOPER, | No. CV 16-5569-AB (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PAUL GALLAGHER, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: August 17, 2017

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE